# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FRANK SPECIALE** and **THABITA JOHNSON,**
Appellants,

v.

**OLIVE GLEN CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D21-611

[October 21, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE 14-3835 (56) and CACE 20-802.

Ronald E. D'Anna of D'Anna Legal, PLLC, Boca Raton, for appellant.

Esther E. Galicia and Susan H. Aprill of Fowler White Burnett, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***